# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FREDERICK BANKS** **#07711068,** Plaintiff, | : : : : |
| v. | : CIVIL ACTION 17-00363-KD-M |
| **SOO SONG,** *et al.*, Defendants. | : : : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 25, 2017, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** for failure to prosecute and obey the Court's Order.

**DONE** and **ORDERED** this the **17th** day of **October 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**